# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SANCHEZ, an individual, | Case No. 3:19-cv-00794-WHO |
| Plaintiff, | Assigned for All Purposes to: William H. Orrick |
| vs. | |
| GRUMA CORPORATION, a California Corporation dba MISSION FOODS; MISSION FOODS CORPORATION, a California Corporation; and DOES 1 through 50 inclusive, | **[PROPOSED] ORDER FOR DISMISSAL**<br><br>Action Filed: January 18, 2019 |
| Defendants. | |

Plaintiff Steven Sanchez ("Plaintiff") and Defendant Gruma Corporation ("Gruma") (collectively "the Parties"), by and through their respective counsel of record, hereby stipulate that the following case should be dismissed:

*Sanchez v. Gruma Corporation, et. al.,* Case No. 3:19-cv-00794-WHO ("*Sanchez I*"), initially filed in Alameda County Superior Court on January 18, 2019 and removed to the United States District Court for the Northern District of California on February 13, 2019.

All parties are responsible for their own costs and fees.

**IT IS SO ORDERED.**

Dated: _July 31, 2020

The Honorable William H. Orrick
Judge of the United States District Court,
Northern District of California

[PROPOSED] ORDER FOR DISMISSAL

1661837.1